IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01220-AP

CAROL S. JACOBSON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Virginia L. Card Smith, Esq.
1763 Franklin Street
Denver, CO 80218-1124
Phone: 303-394-9945
vsmith3470@aol.com

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 6/26/06
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 7/18/06
   C.   **Date Answer and Administrative Record Were Filed**: 9/18/06

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

With her opening brief, Plaintiff will submit additional evidence that she sent to the Appeals Council.

Defendant states that the certified record is complete. In her response brief, she will address the additional evidence Plaintiff submits.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

With her opening brief, Plaintiff will submit additional evidence that she sent to the Appeals Council.

Defendant does not intend to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**
(Because of workload and holiday scheduling, the parties agreed to extend the due date for the reply brief an additional three days.)

   **A. Plaintiff's Opening Brief Due:**        November 20, 2006
   **B. Defendant's  Response Brief Due:**   December 20, 2006
   **C. Plaintiff's  Reply Brief (If Any) Due:** January 8, 2007

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does request oral argument.
Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.    (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 11th day of October, 2006.

                                          BY THE COURT:

                                          S/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/Virginia L. Card Smith 10/10/06

Virginia L. Card Smith, Esq.
1763 Franklin Street
Denver, CO 80218-1124
Pueblo, CO 81003
Phone: 303-394-1124
vsmith3470@aol.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 10/10/06
By: Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov
Attorneys for Defendant.