IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01220-RPM

CAROL S. JACOBSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING STIPULATED MOTION AND VACATING HEARING
_____

    The Court having reviewed the Stipulated Motion to Vacate Hearing, filed November 26, 2007 [23], it is

    ORDERED that the motion is granted and the oral argument hearing scheduled for November 30, 2007 at 11:00 a.m. is vacated.

    DATED: November 27th, 2007

                                    BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard p. Matsch, Senior District Judge