IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01220-RPM

CAROL S. JACOBSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S AMENDED MOTION FOR ATTORNEY FEES
_____

    Upon consideration of Defendant's Unopposed Motion to Clarify or Extend Time to Respond to Plaintiff's Amended Motion for Attorney Fees [34], filed on May 8, 2008, it is

    ORDERED that the motion is granted and defendant is granted an extension of time to and including May 16, 2008, to respond to plaintiff's motion for attorney fees.

    DATED: May 9, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge