IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 06-cv-01220-RPM

CAROL S. JACOBSON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,
       Defendant.

---

**ORDER**

---

THE COURT, being fully apprised of the facts and issues contained in Plaintiff's Unopposed Motion for Extension of Time to reply to Defendant's Reply to Plaintiff's EAJA Application;

**DOES Grant** Plaintiff Attorney's Unopposed Motion; and

**FURTHER ORDERS** that Plaintiff's Reply to Defendant's EAJA Response Brief to the Plaintiff's EAJA Application shall be submitted to the Court by June 30, 2008.

DATED: May 30th , 2008

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Court Judge